37 So.3d 984 (2010)
GASSEN PROPERTIES, LLC, etc., Appellant,
v.
KEY COVE LANDINGS, LLC, etc., Appellee.
No. 3D09-1213.
District Court of Appeal of Florida, Third District.
June 30, 2010.
Wayne LaRue Smith, and Christian J. Cruz, Key West, for appellant.
*985 Akerman Senterfitt and Christopher S. Carver, Nancy Copperthwaite, and Stacy J. Harrison, Miami, for appellee.
Before RAMIREZ, C.J., and SUAREZ and SALTER, JJ.
PER CURIAM.
Affirmed. See Twenty-Four Collection, Inc. v. M. Weinbaum Constr., Inc., 427 So.2d 1110 (Fla. 3d DCA 1983).